FILED
February 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>Antronette Neal,<br><br>  Defendant. | Case No. 2:09-mj-68 DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Antronette Neal__ Case _2:09-mj-68 DAD_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $100,000, to be co-signed by defendants parents

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) _Probation conditions/supervision; defendant to reside at parents residence; parents to serve as third party custodians._

Issued at _Sacramento, CA_ on _2/23/09_   at _4:45 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge